IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2016 MAY -4 PM 1:36
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL GASTELUM RAMOS | No. **2-16CR-038-D** |

### INDICTMENT

The Grand Jury Charges:

<u>Count One</u>
Possession with Intent to Distribute 500 Grams
or More of Methamphetamine
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii))

On or about April 12, 2016, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Daniel Gastelum Ramos**, defendant, did knowingly and intentionally possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

A TRUE BILL:

_____
FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

_____
SEAN J. TAYLOR
Assistant United States Attorney
Texas Bar No. 24075147
500 South Taylor Street, Suite 300
Amarillo, Texas  79101-2446
Telephone:   806-324-2356
Facsimile:   806-324-2399
E-Mail:   sean.taylor@usdoj.gov

**Daniel Gastelum Ramos**
**Indictment - Page 2**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

THE UNITED STATES OF AMERICA

v.

DANIEL GASTELUM RAMOS

INDICTMENT

COUNT 1: POSSESSION WITH INTENT TO DISTRIBUTE 500 GRAMS OR MORE OF METHAMPHETAMINE
Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

(1 COUNT)

A true bill rendered:
Amarillo _____ Foreperson

Filed in open court this __4th__ day of __May__, A.D. 2016.

_____ Clerk

DANIEL GASTELUM RAMOS IN FEDERAL CUSTODY
(Magistrate Case No. 2:16-MJ-23 filed 4/13/2016)

_____
UNITED STATES MAGISTRATE JUDGE