

# POTTER COUNTY SHERIFF'S OFFICE
Deputy Report for Incident 16-05030

|  |  |
|---|---|
| Nature: TRAFFIC STOP | Address: W IH 40; EB MM BUSINES 40 |
| Location: WEST | POTTER COUNTY TX |

Offense Codes: NDLS
Received By: JONES A          How Received: O          Agency: PCSO
Responding Officers: LANSBURY D, NGUYEN T, JOBE B, HENSON J
Responsible Officer: LANSBURY D          Disposition: ACT 04/13/16
When Reported: 13:11:00 04/12/16          Occurred Between: 13:11:00 04/12/16 and 13:11:00 04/12/16

Assigned To:          Detail:          Date Assigned: \*\*/\*\*/\*\*
Status:          Status Date: \*\*/\*\*/\*\*          Due Date: \*\*/\*\*/\*\*

Complainant: 37206
   Last: POTTER          First:          Mid:
         COUNTY
         SHERIFF'S
         OFFICE
   DOB: \*\*/\*\*/\*\*          Dr Lic:          Address: 608 S PIERCE ST
   Race:          Sex:          Phone: (806)379-2900          City: AMARILLO, TX 79101

**Offense Codes**
   Reported:                              Observed: NDLS NARC DRUG LAWS SYNTH
                                                   NARCS
   Additional Offense: NDLS NARC DRUG LAWS SYNTH
                      NARCS

**Circumstances.**
   DAY DAY (6 A.M. - 6 P.M.)
   LT13 HIGHWAY, ROAD, ALLEY
   SUD SUSPECTED DRUG USE

Responding Officers:          Unit :
   LANSBURY D          848
   NGUYEN T          841
   JOBE B          854
   HENSON J          856

Responsible Officer: LANSBURY D          Agency: PCSO

*Deputy Report for Incident 16-05030*                                                         *Page 2 of 14*

|  |  |  |  |
|---|---|---|---|
| Received By: | JONES A | Last Radio Log: | 16:19:18 04/12/16 CMPLT |
| How Received: | O OFFICER INITIAT | Clearance: | RTF REPORT TO FOLLOW |
| When Reported: | 13:11:00 04/12/16 | Disposition: | ACT Date: 04/13/16 |
| Judicial Status: |  | Occurred between: | 13:11:00 04/12/16 |
| Misc Entry: |  | and: | 13:11:00 04/12/16 |
| Modus Operandi: |  | Description : |  | Method : |

### Involvements

| Date | Type | Description | Relationship |
|---|---|---|---|
| 04/13/16 | Name | POTTER COUNTY SHERIFF'S OFFICE, | Complainant |
| 04/13/16 | Name | GASTELUM RAMOS, DANIEL | ARRESTED |
| 04/13/16 | Vehicle | BLU 2015 NISS SENTRA CA | VEHICLE |
| 04/12/16 | Cad Call | 13:11:00 04/12/16 TRAFFIC STOP | Initiating Call |

04/13/16

*Deputy Report for Incident 16-05030* *Page 3 of 14*

### Narrative

On 4-12-16 Deputies stopped a vehicle traveling East bound on I40. During the stop they became suspicious of illegal activity. The driver gave consent to search and approximately 12 lbs of methampetamine was located. The driver was arrested for the offense.

Responsible LEO:

Approved by:

Date

04/13/16

## Supplement
```
CAD Call info/comments
==================================

 Blu or gry nissan sentra
13:23:37 04/12/2016 - JONES A - From: LANSBURY D
out on search
13:26:04 04/12/2016 - JONES A - From: LANSBURY D
1 in custody for seizure
13:47:29 04/12/2016 - JONES A - From: NGUYEN T
848 pulling veh I have subj
14:05:20 04/12/2016 - JONES A - From: NGUYEN T
23
15:58:10 04/12/2016 - FLORES G
51 NEEDED
15:58:46 04/12/2016 - ANDERSON M
tmiller notified
16:12:47 04/12/2016 - FLORES G - From: LANSBURY D
T MILLER 23
16:16:40 04/12/2016 - FLORES G - From: LANSBURY D
T MILLER HAS THE VEH
```

## Supplement

Potter County Sheriff's Office Supplemental Narrative:

On 04/12/2016, I was assigned to the Crime Scene Unit for the Potter County Sheriff's Office. On this date, I went in route along with Cpl. Henson to the Area of Hope Rd. & Business IH-40 to assist Deputy Lansbury and Deputy Nguyen who were out with a blue in color 2015 Nissan Sentra VIN#: 3N1AB7AP3FL636932, CA tag 7JXZ231. Cpl. Henson drove the suspect vehicle to C-12 as I followed behind Deputy Lansbury and Deputy Nguyen. We arrived at C-12 located at 421 S. Bowie Amarillo TX 79101. The vehicle was pulled into the Maintenance Barn processing area and parked. I retrieved my digital camera and documented the vehicle with overall photographs documenting its condition and appearance. I documented the interior of the vehicle and the contents inside starting at the driver side door working my way around the vehicle in a counterclockwise manner. There was a cooler in the passenger seat and bags in the floorboards as well as clothing items. Once I completed the overall documentation of the vehicle, Deputy Lansbury and Deputy Nguyen started their search of the vehicle. I was called to the trunk of the vehicle to document the spare tire with overall photographs. Deputy Lansbury removed the spare tire from the vehicle and took it over to remove the tie from the wheel. There were bundles observed inside the tire when the bead was broken from the wheel. I documented the bundle inside the spare tire with overall photographs. As Deputy Lansbury removed the bundles from the spare tire, I documented them with overall photographs. There were a total of six bundles taken from the tire. The bundles were collected and placed on the evidence collection table. I documented them with overall photographs and weighed each bundle separately documenting the weight with overall photographs. Bundle #1 from the spare tire weighed 476.7 grams, Bundle #2 weighed 478.6 grams, Bundle #3 weighed 473 grams, Bundle #4 weighed 476.6 grams, Bundle #5 weighed 480 grams, and Bundle #6 weighed 478.3 grams. The total weight for the bundles was 2,854.2 grams. As they continued searching the vehicle, Deputy Nguyen called me over to the passenger side door and directed me to the center console. I noted several more bundles exposed inside the center console compartment. I documented the area they were located with overall photographs. Deputy Nguyen removed the bundles one at a time while I documented them with overall photographs. There were a total of 5 bundles removed from this area. Bundle #1 weighed 477.9 grams, Bundles #2 weighed 477.8 grams, Bundle #3 weighed 470.4 grams, Bundle #4 weighed 472.9 grams and Bundle #5 weighed 473.6 grams. The total weight for the Bundles taken from this area was 2,372.6 grams. As they continued to search there was another bundle located in the passenger side front door of the vehicle. I documented the area with overall photographs and documented the bundle being removed. I weighed the bundle on the digital scale noting a weight of 473.0 grams. I documented the weight with photographs. There were a total of 12 bundles recovered from the vehicle. The total weight of the bundles was 5,699.8 grams with packaging or 12.5 lbs. I retrieved one of the bundles and unwrapped a couple of layers. I used a sterile razorblade and cut the bundle open. I tested a small sample of the substance for methamphetamine and noted a positive result. I documented the result with overall photographs. I placed all of the bundles in a brown paper evidence bag and turned it over to DEA agent Wilson. Before returning to the Sheriff's Office, I documented the vehicles rental agreement, the suspect's driver's license and took an overall photograph of him. Upon my return to the Sheriff's Office, I uploaded the photographs on to the Patrol Photo Download folder under this IR#. I burned a copy of the photographs to disc to be given to DEA. At this time, I have nothing further to report. End of supplement.
Cpl. B. Jobe #1199 04/13/2016.

*Deputy Report for Incident 16-05030*  *Page 6 of 14*

04/13/16

Supplement

Potter County Sheriff's Office
Narrative

My name is Dustin Lansbury. I have been employed by the Potter County Sheriff's office since June, 2008. I was commissioned as a certified Texas Peace Officer in March, 2011 upon completion of the Panhandle Regional Law Enforcement Academy in Amarillo Texas. I am currently assigned to work regular traffic patrol and as the canine handler of a single purpose narcotic detection canine named Paris. The office is located at 608 S. Pierce in Amarillo, Texas. My duties are regular traffic enforcement as well as being on call for narcotic detection with canine. Over my years of employment at the Sheriff's Office, I have attended many In-service trainings and train with my K9 on a regular basis and I am certified with her. I train with Marijuana, Methamphetamine, Cocaine, MDMA, Heroin and derivatives of them on a regular basis while training with Paris. I have also attended classes on interview, advanced vehicle searches, and Desert Snow training.

On 4-12-16 at approximately 1310 I was traveling East Bound on Interstate 40 when I observed a blue in color 2015 Nissan Sentra traveling in the left lane passing a truck pulling in between it and a semi. I watched as the vehicle cut in front of the vehicle after barely passing it. The vehicle appeared to have left 1-2 car lengths between it and the truck. I got beside the truck the sentra had passed and still estimated there to be approximately two car lengths between the truck and the sentra. With the Sentra being on the third white line in the road in front of the I caught up to the vehicle and waited until after we got out from under the under pass at I40 and approximately mile marker 62 to initiate my traffic lights to stop the car at approximately 1311. I recognized the car cutting off the truck to be a safety hazard and if the car had to stop for any reason I do not believe the truck could have stopped if even getting to start to stop before hitting the car. The sentra pulled off of I40 on the exit for business I-40 and stopped on the side of the road here. I exited my vehicle and went around to the passenger side of the car. As I approached the front passenger window I could see into the car. In the back seat all I could see was a jacket across the seat. As I got to the front window I could see a small blue cooler in the seat and a small black bag in the floor board. Under the cooler I could see a handicap placard sticking out. In the center console I could see two black flip style phones laying in plain view. One of them had a phone number on the back of it. The driver of the vehicle was an elderly male that appeared to be wearing a suit while driving. I found this opposite of the rest of my stops of people driving down I40. Before I could introduce myself to the driver he began apologizing for driving to slow. This struck me as odd because he was passing cars before he cut off the vehicle. I introduced myself and asked for his license and registration. While he was getting his license I asked if the car was a rental and if so If I could get the rental agreement. I was given the driver's license and identified him as GASTELUM RAMOS, DANIEL w/m DOB 7-21-50. DANIEL began telling me that he was going slow because he was looking for a place to pull over and take his insulin. I found this odd because he had passed a rest stop further up I40 and two gas stations that he could have stopped at to take his insulin. I told DANIEL that I had pulled him over for cutting the vehicle off after passing it and was going to give him a warning for the violation.

I asked if he needed to take his medicine and at first he said it could wait. DANIEL then changed his mind and said he should take it. DANIEL came around to the passenger side of the vehicle where I was to take his meds. DANIEL told me while he was getting his insulin that he takes a lot of meds and opened the black bag in the floor board showing me it was full of medicine bottles. DANIEL

then opened the cooler and got his insulin and supplies out to take his insulin shot. I asked DANIEL where he was headed today and he said he was going to TULSA to see a friend. DANIEL told me that he takes his insulin every day in the morning and at night and takes 40 units. I asked DANIEL how long he was going to get to stay there and he said a few days not to long. I found it to be further suspicious that DANIEL hadn't taken his insulin at any time during his driver prior to me stopping him in the afternoon. I watched as DANIEL gave himself his shot. I noticed that he had set his shot up with a lot of insulin but barely injected any. When Daniel removed the needle from his stomach to put the cap on I saw that he had bent the needle almost completely sideways. Daniel also said that he takes his pills at 10 or 11 in the morning and more at night. DANIEL did not say that he had not taken his pills. Which raised my suspicion that he was trying to distract me since he had taken his pills but stated he hadn't taken his insulin and barely injected any. DANIEL then told me that he had 5 surgeries on his heart and had heart surgery. I had DANIEL step back to my vehicle and sit in my car so I could fill out the warning. While walking back to my vehicle Daniel again apologized for going to slow.

    Daniel had a seat in my passenger seat. Once he had a seat Daniel said that he had never been in a police car and it was real nice. I asked DANIEL again if he was going to be there for a couple of days. DANIEL then changed his answer to he was going to stay there till the weekend and make a decision then. I found this suspicious due to the fact that the rental agreement said the vehicle had to be back on the 16 of April which is Saturday. I also noticed that the vehicle was rented to a different person than Daniel. Daniel told me then that he got a ticket for speeding in California. I asked if he was going to stay with his friend or at a hotel. DANIEL then said that it depends on the house. I do not know of very many people that will travel across country to visit someone and not know if they are staying with someone they know or going to have to pay for a hotel. DANIEL said that it was kind of an old guy to. DANIEL said I'm old and laughed. DANIEL then said that in JULY he would be 66 and his voice dropped as he said this. DANIEL then said this is nothing and said that insulin and sugar is the worst thing for him. He said that it is for life. DANIEL then told me that some days he can't pee due to the pills he takes for life. DANIEL then asked about the warning again. I told him for a third time that it was a warning only with no court or fine. DANIEL apologized for the offense again. I asked DANIEL how long he was on the road today. DANIEL said that he didn't get on the road for long. He had got on the road at 9 or 930 and had made stops at gas stations. DANIEL then said he walks because his worst thing is diabetes. DANIEL then said he has to walk because he has neuropathy in his leg. I found this to contradict his statement that he hadn't got to take his insulin this morning. DANIEL had stayed in a hotel the night before and left at 9 or 930 in the morning and made stops that he could have taken his insulin at. I asked DANIEL where he had stayed at last night and he hesitated to answer. DANIEL then started to say budget and said hold on. DANIEL said it was something like budget or lodge. DANIEL did not know the answer to where he had stayed at or didn't want to tell me. I asked for a phone number for DANIEL and he gave me his brother's phone number. I asked if DANIEL was employed anywhere. DANIEL told me that he didn't due to his medical condition and that at the time he was living in Las Vegas. DANIEL said it happened in California but that they couldn't do anything there and that they sent him back to Las Vegas. I told DANIEL that I was going to ask him a couple questions because we get a lot of this coming down from California. I asked him if there was any Marijuana in the vehicle. DANIEL answered no sir nothing. I asked if there was any methamphetamine. DANIEL responded with no sir nothing I don't and started to laugh in a higher pitched laugh and said no again. I asked if there was any heroin. DANIEL said no sir and I don't want to do anything about that. I asked if there were guns. DANIEL said

04/13/16

no in a very low voice and said I'm too old for that game. I asked DANIEL if I could search the vehicle to make sure there was nothing in it. DANIEL gave me consent to search the vehicle.

I radioed dispatch and advised them that I would be searching a vehicle while I got some blue medical style gloves out of my car. I approached the vehicle with Deputy Nguyen. I started searching at the driver's seat area of the car. As I opened the door I could see that DANIEL had layed his wallet open over one phone in the seat and that I could no longer see the second flip phone. Once I looked at this area I popped the trunk to look in the trunk. When the trunk opened I saw a case of water bottles and some small grocery style plastic bags with clothes in them. I found it more suspicious that there was no luggage in the vehicle a small amount of clothes for a week long trip. I lifter up the spare tire cover to look in the spare tire well. I saw a spare tire mounted in the spot for it. While looking at the spare tire I noticed that it had the paint scrapped off the edges of the rim like the tire had been removed. I also noticed that there was a lot of scratching on one spot of the spare tire and the lug nut holes appeared to have scratches and wear around them. I unfastened the spare tire and picked it up. The spare tire felt a little heavy. As I lifted the tire out of the tire well I could hear something moving around inside of the tire. I shook the tire and could clearly hear items inside of the tire. I then bounced it and could still hear them. I placed the tire down and had Deputy Nguyen check the tire so he could see what a spare tire with items inside of it felt and sounded like. I went up to DANIEL in my vehicle and had him place his hands out in front of him. I placed my handcuffs on DANIEL with his hands in front of him due to his medical condition. I informed him that there was something inside of the tire and that I would be detaining him till we could find out what it is. I then took DANIEL and placed him in the back seat of Deputy Nguyen's vehicle. I turned on the camera. I was contacted by Cpl. Henson and advised him of what I had and that I needed someone to driver the vehicle to our maintenance shop at 421 S. Bowie. I secured the spare tire back in the vehicle and went back to DANIEL. I asked DANIEL if he was ok checking on his medical status. I then told him that we were going to our maintenance shop and that someone with the DEA would be there to speak with him about what was going on. I told him that they would be the ones that could help him out with this situation if he wants to talk to them. I asked if he wanted to talk to them. DANIEL said that he wanted to talk with them. DANIEL then made a statement to me apologizing to me for this and saying that he was only doing it for the money to send back to his family.

Cpl. Henson arrived on scene to drive the vehicle back. I followed him as we went to the maintenance shop. Once at the maintenance shop Cpl. Jobe and Cpl. Henson began processing the vehicle. As soon as they were ready we removed the spare tire and I took it over to the tire machine at the shop. I let the air out of the tire and broke the bead on the tire. I as I started to remove the tire from the rim I could see a package wrapped in plastic inside of the tire and had pictures taken of it. Once I got the top portion of the tire off I could reach inside and remove the packages inside the tire. I removed six packages from the tire that were photographed as this was being done. As I picked up the packages I could feel a rock or crystal like substance inside of them. I placed them in the evidence area for Cpl. Jobe and turned them over to him there. While further searching the car Deputy Nguyen found 5 more packages like the first 6 in the center console and 1 more in the rear door panel. The DEA met us there and spoke with DANIEL. They told me that they were taking the case and gave me a receipt for the evidence that they took with them. They also took custody of DANIEL and his property at this time. I contacted dispatch to have the rental car impounded. I filled out the vehicle inventory sheet on it and noted that all of DANIEL's property was taken with him. I turned all of the paper work into the CID box at 608 S. Pierce. Nothing further at this time.

Deputy Lansbury, Dustin #1441 4-13-16

Case 2:16-cr-00038-D-BB   Document 22-1   Filed 06/21/16   Page 11 of 14   PageID 57

Deputy Report for Incident 16-05030											Page 11 of 14

## Supplement

Potter County Sheriff's Office
Supplemental Narrative

My name is Corporal Henson, and I have been assigned to the Crime Scene Unit for the Potter County Sheriff's Office since June 16, 2014. I have been employed by the Potter County Sheriff's Office since February 1st, 2012. I was promoted to the rank of Corporal on August 16, 2014. My routine duties are evidence collection, processing, and management along with crime scene documentation and investigation. I earned my Peace Officers License from the Panhandle Regional Law Enforcement Academy in August 2009. I received my Emergency Medical Technician Certification through National Registry of Emergency Medical Technicians on January 5, 2016. I have attended training and received certifications for the following classes: Cultural Diversity January 14, 2011, Identity Theft January 21, 2011, Legal Standards for Law Enforcement January 23, 2011, Advanced Human Trafficking March 31, 2011, Special Investigative Topics May 09, 2011, Basic Intelligence for Law Enforcement August 04, 2011, Asset Forfeiture August 27, 2011, Racial Profiling October 25, 2011, Caliber Press Street Survival November 03, 2011, Rural Organized Crime January 01, 2012, Terrorism Awareness for First Responders January 03, 2012, Highway Investigations November 06, 2012, Intermediate Crime Scene Investigation May 02, 2013, Intermediate Arrest, Search, and Seizure June 08, 2013, ALERRT Terrorism Response Tactics Active Shooter Level 1 July 09, 2013, Leadership Styles August 28, 2013, NDEX National Data Exchange April 10, 2014, Patrol Rifle April 18, 2014, Crime Scene Phase I and II June 20, 2014, Intermediate Spanish August 07, 2014, Intermediate Fingerprint Comparison August 29, 2014, Intermediate Child Abuse September 26, 2014, Death Investigation October 3, 2014, Digital Police Photography March 11, 2015, The International Association of Property and Evidence Property and Evidence Custodian course July 15, 2015, TEEX Blood Pattern Analysis August 14, 2015, TEEX Latent Processing September 5, 2015, Emergency Medical Technician through Randall County Sheriff's Office November 09, 2015, and TMPA New Supervisors March 10, 2016. I completed Patrol Field Training for the Potter County Sheriff's Office on December 28, 2013.

On 04-12-2016, I was advised over the phone by Dep. Lansbury that he and Dep. Nguyen had a male subject detained for a narcotics seizure. He advised me that he needed the CSU's assistance in transporting a suspect vehicle to the Potter County Maintenance Barn and processing the vehicle. He advised me he was currently located at the east bound I-40 exit to the I-40 business. I know this location to be just east of the Hope road overpass. Cpl. Jobe and I departed the Sheriff's Office in his assigned unit. We arrived at I-40 east bound at the I-40business exit at approximately 1345 hrs. I observed Dep. Lansbury's patrol unit parked behind a blue Nissan Sentra baring CA Tag #7JXZ231. The Nissan was parked on the south shoulder of the exit ramp. I took control of the vehicle and drove it to the maintenance barn located at 421 S. Bowie.

Cpl. Jobe documented the vehicle. I assisted in searching the vehicle. After the vehicle was searched, I cleared the scene. At this time, I have nothing further to report. End of supplement.

Cpl. J. Henson 1548, April 13, 2016.

## Supplement

        Potter County Sheriff's Office
           Supplemental Narrative

On April 12, 2016 I was assigned to regular traffic enforcement with the Potter County Sheriff's Office, marked unit 9569. I was traveling eastbound on I-40 when I observed Deputy Lansbury on a traffic stop with a blue Nissan Sentra CA-7JXZ231 at the exit for Business I-40 (62b). I pulled in behind him to check his status. He advised me that he would be conducting a consensual vehicle search. I assisted in the search and started in the front passenger area. Deputy Lansbury was in the trunk when he called me to his location. I observed him to have the spare tire out of the trunk and he advised that "something" was in the tire. I grabbed the tire and attempted to bounce it off the ground. The tire did not have sufficient air in it and when it hit the ground I could hear and feel an item moving inside the tire itself. It should be noted that the wheel itself had scuff marks around the rim. The tire appeared to heavier than a normal spare tire. Deputy Lansbury re-approached the driver (DANIEL GASTELUM RAMOS, H/M, DOB 07-21-1950) who was sitting in the front seat of his patrol unit and placed him in handcuffs. From my training and experience the weight and movement inside the spare tire is consistent with some type of concealment of illegal contraband. DANIEL was removed from Deputy Lansbury's patrol unit and placed in the rear of my patrol unit. We stood by until Cpl. Henson and Cpl. Jobe with CSU arrived. We convoyed to Code 12 (421 S. Bowie) with me transporting DANIEL in my patrol unit for further investigation. Upon arrival I escorted DANIEL to the "break room". Once CSU was done with their initial photographs Deputy Lansbury and I removed the spare tire and he was able to un-mount the tire from the wheel. Inside the tire were six individually clear plastic wrapped bundles. From the outer texture of the packages it appeared to be methamphetamine. Deputy Lansbury took custody of the packages and turned them over to CSU. Due to the type of concealment of the contraband Deputy Lansbury and I started a thorough search of the vehicle. I started in the passenger front side and I observed the carpet near the foot area to be lifted slightly and a plastic panel by the center console near the passenger feet area to be lose. I removed the plastic portion and immediately discovered more packages similar to the ones found in the spare tire. I notified Cpl. Jobe so he could take more photographs. I removed the clear wrapped packages one at a time for the total of 5. Each package were similar in size, texture, and packaging. The contraband was handed to CSU once they were removed. I continued my search and in the passenger rear door I could see a very small piece of cellophane in the door panel when I looked through a small hole by the door hinges. I proceeded to remove the door panel and discovered that the door speaker was removed and other parts inside the door panel have been disturbed. I located one individual wrapped package similar in size, texture and packaging as that other contraband that we found. I notified Cpl. Jobe and he took photographs and possession of the contraband. I continued to search the car and did not locate any other illegal contraband. I put the panels and other items to the car as they were before I removed them. I have nothing else further to report at this time. EOR 04-13-2016

Deputy Nguyen 1521

Deputy Report for Incident 16-05030                                        Page 13 of 14

## Vehicles

    Vehicle Number: 19414
        License Plate: 7JXZ231                  License Type: PC REGULAR PASSENGER AUTOMOBILE
                 State: CA                           Expires: 02/18/17
         Vehicle Year: 2015                          VIN: 3N1AB7AP3FL636932
                 Make: NISS NISSAN             Model: SENTRA
                 Color: BLU /                        Doors: 4
         Vehicle Type: PCAR PASSENGER CAR        Value: $0.00

    Owner:
         Last: P V HOLDING CORP     First:                      Mid:
          DOB: **/**/**                Dr Lic:                Address: 5740 ARBOR VITAE CITY
          Race:      Sex:      Phone: ( ) -              City: LOS ANGELES, CA 90045

         Agency: PCSO POTTER COUNTY SO     Date Recov/Rcvd: **/**/**
         Officer: LANSBURY D                     Area:
UCR Status:                                         Wrecker Service: TM T-MILLER TOWING
Local Status: III INVOLVED IN INCIDENT       Storage Location: tmiller
Status Date: 04/12/16                             Release Date: **/**/**
    Comments:
Vehicle impounded with T-miller towing. No property of the occupant was left in the vehicle. All of it was taken with him to Randall County Jail.

## Name Involvements:

**ARRESTED:** 113410
- Last: GASTELUM RAMOS
- First: DANIEL
- Mid:
- DOB: 07/21/50
- Dr Lic: N4789262
- Address: 557 cedar ave
- Race: L   Sex: M
- Phone: (760)620-4096
- City: holtville, CA 92250

**Complainant:** 37206
- Last: POTTER COUNTY SHERIFF'S OFFICE
- First:
- Mid:
- DOB: **/**/**
- Dr Lic:
- Address: 608 S PIERCE ST
- Race:   Sex:
- Phone: (806)379-2900
- City: AMARILLO, TX 79101

04/13/16