IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 2:16-CR-038-D |
| DANIEL GASTELUM RAMOS | |

## ORDER GRANTING MOTION TO DISMISS

On this day came on to be considered the Government's Motion to Dismiss. The Court finds that the motion should be GRANTED.

It is therefore ORDERED that the indictment is hereby DISMISSED without prejudice.

IT IS SO ORDERED.

August 19, 2016.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE